IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 mj 48

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BOBBY ALLEN GIBSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** coming on to be heard before the undersigned, pursuant to a "Motion to Continue" (#16) filed by defendant's counsel, Janna D. Allison. Ms. Allison has filed a Notice of Appearance (#15) in this matter. It appearing from the motion, that Ms. Allison is scheduled to appear in Haywood County Superior Court for a jury trial on August 10, 2009. It appears to the court that good cause has been shown for the granting of such motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the defendant's "Motion to Continue" (#16) is hereby **ALLOWED.**

Signed: August 10, 2009

Dennis L. Howell
United States Magistrate Judge